1

2

3   **THE HONORABLE MARSHA J. PECHMAN**

4

5

6

7   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
8   AT SEATTLE

9   SUSTAINABLE FIBER TECHNOLOGIES           CASE NO. 2:22-cv-00822-MJP
    LLC, a Nevada limited liability company,
10                                            **STIPULATION AND ORDER FOR**
          Plaintiff,                          **SECOND EXTENSION OF THE TIME**
11                                            **FOR DEFENDANTS TO RESPOND TO**
          v.                                  **PLAINTIFF'S COMPLAINT**
12
    DARBY KREITZ, an individual, ALLNORTH     **NOTE ON MOTION CALENDAR:**
13  CONSULTANTS LTD., a Canadian limited      **Wednesday, October 12, 2022**
    company; ALLNORTH AMERICAS INC., a
14  Nevada corporation; RED LEAF FIBRE LTD.,
    a Canadian limited company; and RED LEAF
15  PULP, LTD., a Canadian limited company,

16        Defendants.

17

18        Plaintiff Sustainable Fiber Technologies LLC ("Plaintiff") and defendants Darby Kreitz,

19  Allnorth Consultants Ltd., Allnorth Americas Inc., Red Leaf Fibre Ltd., and Red Leaf Pulp, Ltd.

20  (collectively, "Defendants"; Plaintiff and Defendants, collectively, the "Parties"), by and through

21  their counsel of record, respectfully submit this Stipulation—and respectfully request that the

22  Court enter the subjoined proposed order—for a second extension of the time for Defendants to

23  respond to Plaintiff's Complaint.

24

25

26

27

STIPULATION AND ORDER FOR SECOND                    **GOLDFARB & HUCK**
EXTENSION OF DEADLINE TO RESPOND TO                 **ROTH RIOJAS, PLLC**
COMPLAINT - 1                                       925 Fourth Avenue, Suite 3950
CASE NO. 2:22-cv-00822-MJP                          Seattle, Washington 98104
                                                    (206) 452-0260

1.     WHEREAS, on June 12, 2022, Plaintiff filed the Complaint against Defendants in the above-captioned action [Dkt. No. 1].

2.     WHEREAS, on July 22, 2022, Defendants signed a Waiver of the Service of Summons [Dkt. No. 9].

3.     WHEREAS, on September 20, 2022, the Court granted the Parties' Stipulation and Order to Extend Time for Defendants to Respond to Plaintiff's Complaint [Dkt. No. 15].

4.     WHEREAS, Defendants' response to Plaintiff's Complaint is due on October 19, 2022.

5.     WHEREAS, the Parties have been working cooperatively regarding the early stages of the litigation and continue to be engaged in substantial discussions of the matters at issue in this dispute.

6.     WHEREAS, pursuant to the Parties' cooperation and discussions, the Parties participated in a full-day mediation session on September 22, 2022, and their mediation efforts remain ongoing.

7.     WHEREAS, the Parties believe a 44-day extension of Defendants' deadline to respond to the Complaint will further facilitate the Parties' mediation efforts and discussions.

8.     WHEREAS, the requested extension is made in good faith and not for the purpose of delay or other procedural advantage.

9.     ACCORDINGLY, the Parties stipulate and respectfully request to extend Defendants' deadline to respond to Plaintiff's Complaint to December 2, 2022. A proposed order is subjoined herewith.

STIPULATION AND ORDER FOR SECOND
EXTENSION OF DEADLINE TO RESPOND TO
COMPLAINT - 2
CASE NO. 2:22-cv-00822-MJP

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, on this 12ᵗʰ day of

2

October, 2022.

3

4
   **BUCHALTER**                  **GOLDFARB & HUCK ROTH RIOJAS, PLLC**

5
   *s/ Bradley P. Thoreson*           */s/R. Omar Riojas*
   Bradley P. Thoreson, WSBA No. 18190  R. Omar Riojas, WSBA No. 35400

6
   *s/ Jeffrey R. Kaatz*             */s/Kit W. Roth*
   Jeffrey R. Kaatz, WSBA No. 49709    Kit W. Roth, WSBA No. 33059

7

8
   1420 Fifth Ave., Suite 3100        925 Fourth Avenue, Suite 3950
   Seattle, WA 98101              Seattle, WA 98104

9
   Telephone: (206) 319-7052       Telephone: 206.452.0260
   Email:  bthoreson@buchalter.com   Facsimile: 206.397.3062
   Email: jkaatz@buchalter.com      E-mail: riojas@goldfarb-huck.com

10
                                   roth@goldfarb-huck.com

11
   *s/ Roger L. Scott*
   Roger L. Scott, *admitted* pro hac vice  *Attorneys for Defendants*

12
   *s/ J. Rick Tachè*
   J. Rick Tachè, *admitted* pro hac vice

13

14
   18400 Von Karman., Ste 800
   Irvine, CA 92612-0514

15
   Telephone: 949-760-1121
   Email:  rscott@buchalter.com

16
   Email:  rtache@buchalter.com

17
   *Attorneys for Plaintiff Sustainable Fiber*
   *Technologies LLC*

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER FOR SECOND
EXTENSION OF DEADLINE TO RESPOND TO
COMPLAINT - 3
CASE NO. 2:22-cv-00822-MJP

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

## ORDER

2       **PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.  Defendants' deadline

3    to respond to Plaintiff's Complaint is extended to December 2, 2022.

4       DATED: <u>October 19, 2022</u>

5

6

7       **THE HONORABLE MARSHA J. PECHMAN**
        United States District Court Judge
8

9

10   **Presented by:**
     **BUCHALTER**                                **GOLDFARB & HUCK ROTH RIOJAS, PLLC**
11
     <u>s/ Bradley P. Thoreson</u>                 <u>/s/R. Omar Riojas</u>
12   Bradley P. Thoreson, WSBA No. 18190          R. Omar Riojas, WSBA No. 35400
     <u>s/ Jeffrey R. Kaatz</u>                    <u>/s/Kit W. Roth</u>
13   Jeffrey R. Kaatz, WSBA No. 49709             Kit W. Roth, WSBA No. 33059

14   1420 Fifth Ave., Suite 3100                  925 Fourth Avenue, Suite 3950
     Seattle, WA 98101                            Seattle, WA 98104
15   Telephone: (206) 319-7052                    Telephone: 206.452.0260
     Email:  bthoreson@buchalter.com              Facsimile: 206.397.3062
16   Email:  jkaatz@buchalter.com                 E-mail: riojas@goldfarb-huck.com
                                                          roth@goldfarb-huck.com
17
     <u>s/ Roger L. Scott</u>
18   Roger L. Scott, *admitted* pro hac vice       *Attorneys for Defendants*
     <u>s/ J. Rick Tachè</u>
19   J. Rick Tachè, *admitted* pro hac vice

20
     18400 Von Karman., Ste 800
21   Irvine, CA 92612-0514
     Telephone: 949-760-1121
22   Email:  rscott@buchalter.com
     Email:  rtache@buchalter.com
23
     *Attorneys for Plaintiff Sustainable Fiber*
24   *Technologies LLC*

25

26

27

STIPULATION AND ORDER FOR SECOND                              **GOLDFARB & HUCK**
EXTENSION OF DEADLINE TO RESPOND TO                           **ROTH RIOJAS, PLLC**
COMPLAINT - 4                                                 925 Fourth Avenue, Suite 3950
CASE NO. 2:22-cv-00822-MJP                                    Seattle, Washington 98104
                                                              (206) 452-0260