UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSTAINABLE FIBER TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DARBY KREITZ, an individual, ALLNORTH CONSULTANTS LTD., a Canadian limited company; ALLNORTH AMERICAS INC., a Nevada corporation; RED LEAF FIBRE LTD., a Canadian limited company; and RED LEAF PULP, LTD., a Canadian limited company,<br><br>Defendants. | Case No.: 2:22-cv-00822-MJP<br><br>**STIPULATED MOTION TO CONTINUE INITIAL SCHEDULING DATES; ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>Thursday, November 10, 2022 |

Plaintiff Sustainable Fiber Technologies LLC ("Plaintiff") and Defendants Darby Kreitz, Allnorth Consultants Ltd., Allnorth Americas Inc., Red Leaf Fibre Ltd., and Red Leaf Pulp, Ltd. (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties"), by and through their counsel of record, respectfully jointly move for an order continuing the initial scheduling dates set by the Court in this action.

The Parties are actively involved in settlement discussions, and the mediator remains involved in these negotiations. The Parties have made meaningful progress in approaching a resolution and the Parties believe that there is a significant likelihood that a settlement will be

STIPULATED MOTION TO CONTINUE
INITIAL SCHEDULING DATES - 1

BUCHALTER
1420 5TH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.319.7052

BN 73536331v1

reached. However, the current deadlines for the Parties to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), and to provide a Joint States Report and Discovery Plan pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), will require the Parties to incur attorneys' fees that would be an impediment to the Parties' efforts to resolve this matter at this time.

## STIPULATED MOTION TO CONTINUE INITIAL SCHEDULING DATES

On June 12, 2022, Plaintiff filed its Complaint against Defendant in this action. Dkt. 1. On July 19, 2022, the Court issued its first Order Regarding Initial Disclosures, Joint State Report, and Early Settlement. Dkt. 8. Defendants waived service, and the Parties then requested an extension of the initial scheduling dates, which the Court granted on August 3, 2022, to allow the Parties to engage in mediation. Dkt. 11.

On September 22, 2022, the Parties attended mediation with Louis D. Peterson acting as mediator. While the case did not resolve on the day of mediation, the Parties and the mediator have continued to engage in active negotiations in an attempt to reach a resolution. Mr. Peterson remains actively involved, and the Parties have made progress towards a resolution and believe there is a significant likelihood the parties will reach a settlement in the coming days or weeks.

However, the initial scheduling dates set by the Court in this action are impending. Dkt. 11. The parties believe that incurring the attorneys' fees required to comply with these deadlines likely will impede the Parties ability to reach an acceptable settlement. Counsel for all Parties contacted the Courtroom Deputy, Grant Cogswell, by telephone on October 13, 2022 to request an extension of these initial scheduling dates. Mr. Cogswell responded by email and instructed the parties to file a joint motion.

Accordingly, the Parties hereby stipulate and respectfully move the Court to extend the current deadlines for the Parties to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), and to provide a Joint States Report and Discovery Plan pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), as follows:

STIPULATED MOTION TO CONTINUE
INITIAL SCHEDULING DATES - 2

BUCHALTER
1420 5TH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.319.7052

BN 73536331v1

1. That the deadline for Initial Disclosures Pursuant to FRCP 26(a)(1), currently set for November 14, 2022, be continued to **January 13, 2023**; and

2. That the deadline for to provide a Joint States Report and Discovery Plan pursuant to FRCP 26(f) and Local Civil Rule 26(f), currently set for November 21, 2022, be continued to **January 20, 2023**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, on this 10th day of November, 2022.

| BUCHALTER, APC | GOLDFARB & HUCK ROTH RIOJAS, PLLC |
|---|---|
| /s/ Bradley P. Thoreson<br>Bradley P. Thoreson, WSBA No. 18190<br>/s/ Jeffrey R. Kaatz<br>Jeffrey R. Kaatz, WSBA No. 49709<br><br>1420 Fifth Ave., Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 319-7052<br>Email:  bthoreson@buchalter.com<br>Email:  jkaatz@buchalter.com<br><br>/s/ Roger L. Scott<br>Roger L. Scott, *admitted* pro hac vice<br>/s/ J. Rick Tachè<br>J. Rick Tachè, *admitted* pro hac vice<br><br>18400 Von Karman., Ste 800<br>Irvine, CA 92612-0514<br>Telephone: 949-760-1121<br>Email:  rscott@buchalter.com<br>Email:  rtache@buchalter.com<br><br>*Attorneys for Plaintiff Sustainable Fiber Technologies LLC* | /s/R. Omar Riojas<br>R. Omar Riojas, WSBA No. 35400<br>/s/Kit W. Roth<br>Kit W. Roth, WSBA No. 33059<br><br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>Telephone: 206.452.0260<br>Facsimile: 206.397.3062<br>E-mail: riojas@goldfarb-huck.com<br>           roth@goldfarb-huck.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION TO CONTINUE
INITIAL SCHEDULING DATES - 3

BUCHALTER
1420 5TH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.319.7052

BN 73536331v1

# ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT** the current deadlines for the Parties to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), and to provide a Joint States Report and Discovery Plan pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f), are continued as follows:

1. The deadline for Initial Disclosures Pursuant to FRCP 26(a)(1), currently set for November 14, 2022, is continued to **January 13, 2023**;

2. The deadline for to provide a Joint States Report and Discovery Plan pursuant to FRCP 26(f) and Local Civil Rule 26(f), currently set for November 21, 2022, is continued to **January 20, 2023**; and

3. There will be no further extensions of these deadlines absent unforeseen and exigent circumstances.

Dated this 14th day of November, 2022

**THE HONORABLE MARSHA J. PECHMAN**
UNITED STATES DISTRICT JUDGE

**Presented by:**

BUCHALTER, APC

*/s/ Bradley P. Thoreson*
Bradley P. Thoreson, WSBA No. 18190
*/s/ Jeffrey R. Kaatz*
Jeffrey R. Kaatz, WSBA No. 49709

1420 Fifth Ave., Suite 3100
Seattle, WA 98101
Telephone: (206) 319-7052
Email: bthoreson@buchalter.com
Email: jkaatz@buchalter.com

*/s/ Roger L. Scott*

GOLDFARB & HUCK ROTH RIOJAS, PLLC

*/s/R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400
*/s/Kit W. Roth*
Kit W. Roth, WSBA No. 33059

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: riojas@goldfarb-huck.com
roth@goldfarb-huck.com

*Attorneys for Defendants*

STIPULATED MOTION TO CONTINUE
INITIAL SCHEDULING DATES - 4

BUCHALTER
1420 5TH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.319.7052

BN 73536331v1

1  Roger L. Scott, *admitted* pro hac vice
   */s/ J. Rick Tachè*
2  J. Rick Tachè, *admitted* pro hac vice

3

4

5  18400 Von Karman., Ste 800
   Irvine, CA 92612-0514
6  Telephone: 949-760-1121
   Email:  rscott@buchalter.com
7  Email:  rtache@buchalter.com

8  *Attorneys for Plaintiff Sustainable Fiber Technologies LLC*

STIPULATED MOTION TO CONTINUE
INITIAL SCHEDULING DATES - 5

BUCHALTER
1420 5TH AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98101
TELEPHONE: 206.319.7052

BN 73536331v1