**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSTAINABLE FIBER TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DARBY KREITZ, an individual, ALLNORTH CONSULTANTS LTD., a Canadian limited company; ALLNORTH AMERICAS INC., a Nevada corporation; RED LEAF FIBRE LTD., a Canadian limited company; and RED LEAF PULP, LTD., a Canadian limited company,<br><br>Defendants. | CASE NO. 2:22-cv-00822-MJP<br><br>**STIPULATION AND ORDER FOR THIRD EXTENSION OF THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>Wednesday, November 23, 2022 |

Plaintiff Sustainable Fiber Technologies LLC ("Plaintiff") and defendants Darby Kreitz, Allnorth Consultants Ltd., Allnorth Americas Inc., Red Leaf Fibre Ltd., and Red Leaf Pulp, Ltd. (collectively, "Defendants"; Plaintiff and Defendants, collectively, the "Parties"), by and through their counsel of record, respectfully submit this Stipulation—and respectfully request that the Court enter the subjoined proposed order—for a third extension of the time for Defendants to respond to Plaintiff's Complaint.

STIPULATION AND ORDER FOR THIRD EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT - 1
CASE NO. 2:22-cv-00822-MJP

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1. WHEREAS, on June 12, 2022, Plaintiff filed the Complaint against Defendants in the above-captioned action [Dkt. No. 1].

2. WHEREAS, on July 22, 2022, Defendants signed a Waiver of the Service of Summons [Dkt. No. 9].

3. WHEREAS, on September 20, 2022, the Court granted the Parties' Stipulation and Order to Extend Time for Defendants to Respond to Plaintiff's Complaint [Dkt. No. 15].

4. WHEREAS, pursuant to the Parties' cooperation and discussions, the Parties participated in a full-day mediation session with Louis D. Peterson on September 22, 2022, and their mediation efforts continued after September 22, 2022.

5. WHEREAS, on October 18, 2022, the Court granted the Parties' Stipulation and Order for Second Extension of the Time for Defendants to Respond to Plaintiff's Complaint [Dkt. No. 17].

6. WHEREAS, Defendants' deadline to respond to Plaintiff's Complaint is December 2, 2022.

7. WHEREAS, the Parties have reached a settlement but need time to draft and execute settlement documents.

8. WHEREAS, the Parties intend to dismiss with prejudice this action by December 20, 2022.

9. WHEREAS, the Parties agree that a third extension of Defendants' deadline to respond to the Complaint will further judicial and litigant efficiency, such as allowing the Parties to draft and execute settlement documents.

10. WHEREAS, the requested extension is made in good faith and not for the purpose of delay or other procedural advantage.

11. ACCORDINGLY, the Parties stipulate and respectfully request to extend Defendants' deadline to respond to Plaintiff's Complaint to January 20, 2023. A proposed order is subjoined herewith.

STIPULATION AND ORDER FOR THIRD
EXTENSION OF DEADLINE TO RESPOND TO
COMPLAINT - 2
CASE NO. 2:22-cv-00822-MJP

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, on this 23rd day of November, 2022.

| | |
|---|---|
| **BUCHALTER** | **GOLDFARB & HUCK ROTH RIOJAS, PLLC** |
| */s/ Bradley P. Thoreson*<br>Bradley P. Thoreson, WSBA No. 18190<br>*/s/ Jeffrey R. Kaatz*<br>Jeffrey R. Kaatz, WSBA No. 49709<br><br>1420 Fifth Ave., Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 319-7052<br>Email: bthoreson@buchalter.com<br>Email: jkaatz@buchalter.com<br><br>*/s/ Roger L. Scott*<br>Roger L. Scott, *admitted* pro hac vice<br>*/s/ J. Rick Tachè*<br>J. Rick Tachè, *admitted* pro hac vice<br><br>18400 Von Karman., Ste 800<br>Irvine, CA 92612-0514<br>Telephone: 949-760-1121<br>Email: rscott@buchalter.com<br>Email: rtache@buchalter.com<br><br>*Attorneys for Plaintiff Sustainable Fiber Technologies LLC* | */s/ R. Omar Riojas*<br>R. Omar Riojas, WSBA No. 35400<br>*/s/ Kit W. Roth*<br>Kit W. Roth, WSBA No. 33059<br><br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>Telephone: 206.452.0260<br>Facsimile: 206.397.3062<br>E-mail: riojas@goldfarb-huck.com<br>        roth@goldfarb-huck.com<br><br>*Attorneys for Defendants* |

STIPULATION AND ORDER FOR THIRD EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT - 3
CASE NO. 2:22-cv-00822-MJP

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

# ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.** Defendants' deadline to respond to Plaintiff's Complaint is extended to January 20, 2023.

DATED: <u>November 28, 2022</u>

*[signature]*

**THE HONORABLE MARSHA J. PECHMAN**
United States District Court Judge

**Presented by:**

**BUCHALTER**

<u>/s/ Bradley P. Thoreson</u>
Bradley P. Thoreson, WSBA No. 18190
<u>/s/ Jeffrey R. Kaatz</u>
Jeffrey R. Kaatz, WSBA No. 49709

1420 Fifth Ave., Suite 3100
Seattle, WA 98101
Telephone: (206) 319-7052
Email: bthoreson@buchalter.com
Email: jkaatz@buchalter.com

<u>/s/ Roger L. Scott</u>
Roger L. Scott, *admitted* pro hac vice
<u>/s/ J. Rick Tachè</u>
J. Rick Tachè, *admitted* pro hac vice

18400 Von Karman., Ste 800
Irvine, CA 92612-0514
Telephone: 949-760-1121
Email: rscott@buchalter.com
Email: rtache@buchalter.com

*Attorneys for Plaintiff Sustainable Fiber Technologies LLC*

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

<u>/s/ R. Omar Riojas</u>
R. Omar Riojas, WSBA No. 35400
<u>/s/ Kit W. Roth</u>
Kit W. Roth, WSBA No. 33059

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: riojas@goldfarb-huck.com
        roth@goldfarb-huck.com

*Attorneys for Defendants*

STIPULATION AND ORDER FOR THIRD EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT - 4
CASE NO. 2:22-cv-00822-MJP

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260